IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

URIAH DAVIS,

      Appellant,

 v.                           Case No. 5D23-1089
                                LT Case No. 2001-CF-514

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 18, 2023

3.800 Appeal from the Circuit Court
for Clay County,
Don H. Lester, Judge.

Uriah Davis, Lake Butler, pro se.

Ashley Moody, Attorney General,
and Holly N. Simcox, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

     AFFIRMED.

EISNAUGLE, BOATWRIGHT and MACIVER, JJ., concur.